NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with

Fed. R. App. P. 32.1

# United States Court of Appeals

## For the Seventh Circuit
### Chicago, Illinois 60604

Submitted February 2, 2009[*]
Decided February 25, 2009

Before

FRANK H. EASTERBROOK, *Chief Judge*

WILLIAM J. BAUER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

**No**. 08-3053

JULIO JOSE LEON SANCHEZ,
    *Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,
    *Respondent-Appellee.*

Appeal from the United
States District Court for the
Western District of Wisconsin.

No. 08-cv-243-bbc
Barbara B. Crabb,
*Chief Judge*.

**Order**

After denying Julio Jose Leon Sanchez's motion for relief under 28 U.S.C. §2255, the district judge stated that reasonable persons could disagree with her decision and issued a certificate of appealability. This certificate does not comply with 28 U.S.C. §2253(c)(3) because it does not identify the issue for appeal or state why that issue

---

[*] This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the record, we have concluded that oral argument is unnecessary. See Fed. R. App. P. 34(a); Cir. R. 34(f).

satisfies the requirement of subsection (b)(2) that the appeal present a "substantial showing of the denial of a constitutional right." The district court's certificate therefore is vacated. *Davis v. Borgen*, 349 F.3d 1027 (7th Cir. 2003).

We have reviewed the district court's opinion and appellant's brief. For the reasons explained in the district court's thorough opinion, none of the arguments presented by appellant is substantial. Sanchez therefore is not entitled to a certificate of appealability in this court, and the appeal is dismissed.